LEILA O. HENRIQUES et al., Appellants, *v.* JOHN W. STERLING et al., Respondents.

*Henriques* v. *Sterling,* 26 App. Div. 30, appeal dismissed.
(Argued June 6, 1898; decided June 14, 1898.)

MOTION to dismiss appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1898, upon an order affirming a judgment entered upon a decision of the Special Term dismissing the complaint as to the defendants John W. Sterling and the Central Trust Company, as executors of Miriam A. Osborn, deceased.

The motion was made upon the ground that no question of law is involved, and that the decision below was discretionary.

*James C. Carter* and *Thomas G. Shearman* for motion.

*Delos McCurdy* opposed.

Appeal dismissed, with one bill of costs.